**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| OMAR MAURICIO GONZALEZ SALAZAR | CIVIL ACTION NO. 26-2880 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN JACKSON PARISH CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE McCLUSKY |

# ORDER

Omar Mauricio Ganzalez Salazar ("Petitioner") has filed a petition for writ of habeas corpus, Record Document 1, and a motion for a temporary restraining order, Record Document 3. The habeas petition is **REFERRED** to the Magistrate Judge for a Report and Recommendation. Record Document 1. For the following reasons, the motion for temporary restraining order is **DENIED**. Record Document 3.

The Petitioner argues that his continued detention violates Zadvydas v. Davis, 533 U.S. 678 (2001) and the Due Process Clause. Record Document 3 at 5. An alien subject to a final order of removal is detained under 8 U.S.C. § 1231(a)(6). Zadvydas held that this confinement is constitutional for "a period reasonably necessary to bring about that alien's removal from the United States." 533 U.S. at 689. Detention is presumed reasonable for six months. Id. at 701; see also Zadvydas v. Davis, 285 F.3d 398, 403 (5th Cir. 2002) (noting that the six-month period "apparently begin[s] with the beginning of the removal period.").

To obtain Zadvydas relief, the Petitioner bears an initial burden: he must show that his post-removal-order detention has surpassed six months, and that he has

"good reason to believe that there is no significant likelihood of removal in the reasonably foreseeable future." 533 U.S. at 701. He has not carried that burden. By his own admission, the Petitioner has been in custody for less than three months. Record Document 1-2 at 2. Because six months have not passed, the Petitioner's confinement remains presumptively reasonable. Therefore, the Petitioner's Zadvydas claim is premature, and his motion is denied.

**DONE AND SIGNED** at Shreveport, Louisiana, this 10th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE